NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY and
OHIO SECURITY INSURANCE COMPANY

MICHAEL T. HEALY (SBN 133718)
mthealy@sbcglobal.net
LAW OFFICE OF MICHAEL T. HEALY
11 Western Avenue
Petaluma, CA 94952
Telephone:  (707) 762-8768

Attorney for Plaintiff
LUIS BRICENO, dba My Comic Cave

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BRICENO, dba My Comic Cave,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br>OHIO SECURITY INSURANCE COMPANY,<br>and DOES THROUGH 10,<br><br>        Defendants. | Case No. 3:18-cv-00118-MMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between plaintiff LUIS BRICENO DBA MY COMIC CAVE and defendants LIBERTY MUTUAL INSURANCE COMPANY and OHIO SECURITY INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulations content and have authorized its filing.


DATED:  November 30, 2018             MAYNARD COOPER AND GALE LLP

*/s/     Norman Lau*
Nicholas J. Boos
Norman Lau
Attorney for Defendants
LIBERTY MUTUAL INSURANCE
COMPANY and OHIO SECURITY
INSURANCE COMPANY


DATED:  November 30, 2018             LAW OFFICE OF MICHAEL T. HEALY

/s/     *Michael T. Healy*
Michael T. Healy
Attorney for Plaintiff
LUIS BRICENO, dba My Comic Cave


## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorneys' fees and costs.

DATED:  November 30, 2018

Honorable Maxine M. Chesney
U.S. District Court Judge

**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**